IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JON E. ZARP,

                Plaintiff,

     vs.

UNITED STATES,

                Defendant.

**8:25CV115**

**ORDER FOR DISMISSAL WITHOUT PREJUDICE**

This case is before the Court on Plaintiff's Motion for Dismissal Without Prejudice. Filing 10. Plaintiff states that Defendant has not filed an Answer or other responsive pleading, so he requests dismissal of this matter without prejudice. Filing 10 at 1. Accordingly,

IT IS ORDERED that Plaintiff's Motion for Dismissal Without Prejudice, Filing 10, is granted, and this matter is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated this 29th day of April, 2025.

BY THE COURT:

_____

Brian C. Buescher
United States District Judge

1