IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JON E. ZARP,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED STATES,<br><br>            Defendant. | 8:25CV115<br><br>**CORRECTED ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

      This case is before the Court on Plaintiff's Motion for Dismissal Without Prejudice. Filing 10. Plaintiff states that Defendant has not filed an Answer or other responsive pleading, so he requests dismissal of this matter without prejudice. Filing 10 at 1. Accordingly,

      IT IS ORDERED that Plaintiff's Motion for Dismissal Without Prejudice, Filing 10, is granted, and this matter is dismissed <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

      Dated this 30th day of April, 2025.

                                                                 BY THE COURT:

                                                                 _____
                                                                 Brian C. Buescher
                                                                 United States District Judge